UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KATHERYN M. JOLLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05709-JRC<br><br>ORDER AMENDING<br>THE SCHEDULING ORDER |

Based on Defendant's Motion (ECF No. 18), and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 6, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including May 20, 2011, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by May 27, 2011.

DATED this 12th day of April 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-cv-05709-JRC]