UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KATHRYN M. JOLLEY,

        Plaintiff,

vs.

MICHAEL J. ASTRUE, COMMISSIONER of the Social Security Administration,

        Defendant.

Civil No. 3:10-cv-5709 JRC

ORDER FOR EAJA FEES & EXPENSES

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (see also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 4; Consent to Proceed Before a United States Magistrate Judge, ECF No. 10). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (see ECF No. 26).

Based on the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, plaintiff's EAJA petition and the Stipulation of the parties, it is hereby **ORDERED** that EAJA attorney's fees of $4,271.46, representing the stipulated reasonable amount of time of 24.4 hours by counsel at $175.06 per hour; $292.50 for paralegal fees, representing 3.9 hours of paralegal time at $75.00 per hour; and, expenses of $17.80 (service of summons and complaint) shall be awarded to plaintiff pursuant to the EAJA, 28 U.S.C. § 2412, for a **total of $4,581.76**. The EAJA award is subject to any applicable government offset

Order for EAJA Fees- 10-5709 JRC- page 1

to satisfy any pre-existing debt that plaintiff owes the United States. <u>See</u> <u>Astrue v. Ratliff,</u> 130 S. Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). The award for attorney's fees and expenses shall be delivered to plaintiff's counsel, Charles W. Talbot.

Dated this 3rd day of October, 2011.

J. Richard Creatura
United States Magistrate Judge